IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02602-REB-KLM

LARRY L.  LOSASSO, and
CINDY LOSASSO,

    Plaintiff(s),

v.

MICHAEL M. TOTER, and
MICHAEL E. TOTER, and
IBANI TOTER, Parents of MICHAEL M. TOTER

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on Parties' **Joint Motion to Vacate and Reset Final Pretrial Conference** [Docket No. 21; filed September 25, 2007] and **Joint Motion for Leave to Amend Scheduling Order to Extend Discovery Cutoff** [Docket No. 22; filed September 25, 2007].

    IT IS HEREBY **ORDERED** that the **Joint Motion to Vacate and Reset Final Pretrial Conference** [Docket No. 21; filed September 25, 2007] is **GRANTED**.  The Final Pre-Trial Conference currently set in this case for November 11, 2007 is hereby **VACATED** and **RESET** for **January 15, 2008** at **10:00 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado

    IT IS FURTHERED **ORDERED** that the **Joint Motion for Leave to Amend Scheduling Order to Extend Discovery Cutoff** [Docket No. 22; filed September 25, 2007] is **GRANTED**.  Accordingly, the discovery deadline currently set for August 1, 2007 is extended to **December 31, 2007**.  All other deadlines, including the dispositive motions deadline, set for September 1, 2007, will remain the same.

    Dated:  September 25, 2007