IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02602-REB-KLM

LARRY L.  LOSASSO, and
CINDY LOSASSO,

      Plaintiff(s),

v.

MICHAEL M. TOTER, and
MICHAEL E. TOTER, and
IBANI TOTER, Parents of MICHAEL M. TOTER

      Defendant(s).

_____

# MINUTE ORDER

_____

## ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX

      This matter is before the Court on the Parties' **Joint Motion to Vacate and Reset Final Pretrial Conference** [Docket No. 34; filed January 11, 2008] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Final Pretrial Conference currently set for January 15, 2008 is **VACATED** and **RESET** for **February 4, 2008** at **9:30 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      Dated:  January 14, 2008