# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

---

**Civil Action No.: 06-cv-02602-REB-KLM**          **FTR** - Reporter Deck - Courtroom A-501
**Date:** February 19, 2008                                       Courtroom Deputy,  Ellen E. Miller

---

LARRY  L.  LOSASSO,  and                                   Raymond A.  Graham
CINDY   LOSASSO,

      **Plaintiff(s),**

v.

MICHAEL  M.  TOTER,                                           Deana R.  Dagner
MICHAEL  E.  TOTER,  and                                    Patrick R.  Salt
IBANI   TOTER,
Parents of Michael M. Toter,

      **Defendant(s).**

---
## COURTROOM   MINUTES  /  MINUTE  ORDER
---

**HEARING:   FINAL  PRETRIAL  CONFERENCE**
**Court in Session:**     1:35 p.m.
Court calls case.    Appearance of counsel.

Pursuant to D.C.COLO.LCivR 10.1I it is noted that the proper case number for this action is 06-cv-02602-REB-KLM.   Counsel are directed to edit their records accordingly.

Discussion is held regarding Plaintiffs' Motion to Clarify Order Dated February 1, 2008.

**It is ORDERED:**     Plaintiffs' MOTION  TO  CLARIFY  ORDER  DATED  FEBRUARY 1, 2008 [Docket No. **47,** Filed February 07, 2008] is **GRANTED.**

                    The Court will enter an Order in that regard.

Plaintiff notes concerns about the presence of  Michael M. Toter at  the trial  following sentencing set for March 18, 2008 in a state court matter.  The Court directs Plaintiffs to file an appropriate motion if they wish the Court to consider leave to  take  a Trial Preservation Deposition of this Defendant.

Discussion is held regarding the proposed Final Pretrial Order submitted by the parties.

Defendants note concerns over certain witnesses listed by Plaintiffs.
Defendant will object to witnesses whose testimony is cumulative or not related to matters in controversy. Defendant will further object to witnesses who were not disclosed by Plaintiffs pursuant to FED.R.Civ.P. 26 and FED.R.Civ.P. 16. It is anticipated the Defendants will file a Motion to Strike these witnesses and/or Motions in Limine.

The Court reminds the parties that merely making mention of any disputes or noting them in the Final Pretrial Order does not bring the matters before the District Judge. Parties must file appropriate motions for any disputes to be addressed by the court.

**It is ORDERED:**   The proposed FINAL PRETRIAL ORDER which was tendered to the court, and modified from the bench, is made an order of court.

It is noted a five (5) day jury trial is set before The Honorable Robert E. Blackburn March 31, 2008.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Hearing Concluded.

**Court in Recess**:   1:54
Total In-Court Time:   00:19