IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02602-REB-KLM

LARRY L. LOSASSO, and
CINDY LOSASSO,

    Plaintiff(s),

v.

MICHAEL M. TOTER, and
MICHAEL E. TOTER and IBANI TOTER, Parents of MICHAEL M. TOTER

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The parties have notified the Court that they have reached a settlement of the above action, conditioned only upon obtaining appropriate state court approval of the settlement terms as they relate to Defendant Michael M. Toter. Accordingly,

    IT IS HEREBY **ORDERED** that all court settings in this matter are **VACATED.**

    IT IS FURTHER **ORDERED** that **Defendant Michael M. Toter's Motion for Leave to Be Absent from Settlement Conference and Trial** [Docket No. 84; filed March 24, 2008] is **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that on or before **June 24, 2008**, the parties shall file a Status Report regarding their efforts to satisfy the condition to settlement or a Stipulation to Dismiss the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Dated: March 24, 2008