IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02602-REB-PAC

LARRY L. LOSASSO and CINDY LOSASSO, Parents of SARA MICHELLE LOSASSO,

    Plaintiffs

v.

MICHAEL M. TOTER,
MICHAEL E. TOTER and IBANI TOTER, Parents of MICHAEL M. TOTER,

    Defendant.

## MINUTE ORDER[1]

The following matters are before the court:

1. **Defendant Michael E. Toter's Motion To Bifurcate Trial** [#46] filed February 2, 2008;

2. Defendant Toter's **Motion *In Limine* To Exclude The Testimony of Witnesses Without Knowledge Relevant To Matters in Controversy** [#59] filed March 3, 2008;

3. Defendant Toter's **Motion To Strike Plaintiffs' Witnesses Who Were Not Properly Disclosed** [#60] filed March 3, 2008;

4. Defendant Toter's **Motion *In Limine* To Exclude Evidence of Michael M. Toter's Conviction Record and Plea Agreement** [#68] filed March 13, 2008; and

5. Plaintiffs' **Opposed Motion For Continuance of Trial** [#74] filed March 19, 2008.

The court notes there is a settlement pending in this case, therefore the above mentioned motions are **DENIED** as moot.

**IT IS FURTHER ORDERED** that defendant Toter's request to have until October 31, 2008, to continue to attempt to obtain approval of the agreement through the Probate Court in the State of Virginia is **GRANTED**. Counsel shall file an updated status report regarding their efforts on **October 31, 2008**.

Dated: September 19, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.