# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-02602-REB-PAC

LARRY L. LOSASSO and CINDY LOSASSO, Parents of SARA MICHELLE LOSASSO,

    Plaintiffs

v.

MICHAEL M. TOTER,
MICHAEL E. TOTER and IBANI TOTER, Parents of MICHAEL M. TOTER,

    Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#94] filed December 23, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#94] filed December 23, 2008, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 23, 2008, at Denver, Colorado.

                            **BY THE COURT:**

                            **s/ Robert E. Blackburn**
                            **Robert E. Blackburn**
                            **United States District Judge**